FILED

2019 SEP 18  AM 11: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>SUSAN H. POON,<br><br>          Defendant. | Case No. **SACR19-00162** DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1347(a)(2): Health Care Fraud; 18 U.S.C. § 1035(a)(2): False Statements Relating to Health Care Matters; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2(b): Causing an Act to be Done] |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1347(a)(2), 2(b)]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Defendant SUSAN H. POON, a chiropractor licensed in the state of California, operated Head to Toe Wellness, a chiropractic

office located in Rancho Santa Margarita, California, within the Central District of California.

2.    The Teamsters Western Region and Local 177 Health Care Plan (the "Teamsters Plan") provided private health insurance coverage for employees of the United Parcel Service ("UPS") – an American multinational package delivery and supply chain management company – and their qualified dependents, through various other health care benefit programs.

3.    Participants in the Teamsters Plan were part of the Blue Cross Blue Shield Association, a federation of 36 separate health insurance organizations and companies.

4.    Blue Shield of California ("BSC"), a licensee of the Blue Cross Blue Shield Association, was a private health care benefit program, as defined by Title 18, United States Code, Section 24(b), affecting commerce, which received reimbursement claims from medical device providers for the provision of Durable Medical Equipment ("DME"), or in-home medical devices that provide therapeutic benefits to those who suffer from certain medical conditions, to Teamster Plan members.

5.    Anthem Inc. ("Anthem"), a licensee of the Blue Cross Blue Shield Association, was a private health care benefit program, as defined by Title 18, United States Code, Section 24(b), affecting commerce, which provided private health insurance coverage for Southern California UPS employees and their qualified dependents.

6.    Aetna Inc. ("Aetna") was a private health care benefit program, as defined by Title 18, United States Code, Section 24(b), affecting commerce, which provided private health insurance coverage for Southern California employees of Costco Wholesale Corporation

1  ("Costco") – an American multinational corporation that operated a

2  chain of membership-only warehouse clubs – and their qualified

3  dependents.

4  B.   THE SCHEME TO DEFRAUD

5      7.   Beginning no later than in or about January 2015, and

6  continuing through at least in or about April 2018, in Orange County,

7  within the Central District of California, and elsewhere, defendant

8  POON, knowingly, willfully, and with the intent to defraud, executed

9  and attempted to execute a scheme and artifice to obtain money owned

10 by and under the custody and control of health care benefit programs,

11 including Anthem, BSC, and Aetna, by means of material false and

12 fraudulent pretenses and representations and the concealment of

13 material facts in connection with the delivery of and payment for

14 health care benefits, items, and services.

15 C.   MEANS TO ACCOMPLISH THE SCHEME TO DEFRAUD

16     8.   The fraudulent scheme operated, in substance, as follows:

17        a.   Defendant POON would travel to "health fairs" at

18 various UPS warehouses and Costco locations throughout Orange, San

19 Bernardino, and San Diego counties, and would visit with various

20 employees individually.

21        b.   At these health fairs, defendant POON would perform

22 brief massages; inquire about the employees' health insurance plans;

23 obtain the personal identifying information ("PII") of the employees

24 and their covered dependents; and/or have employees sign forms to

25 authorize the disbursement of DMEs to the employees.

26        c.   Subsequently, defendant POON would falsely submit

27 claims for reimbursement to Anthem and Aetna for the employees and/or

28 their dependents for: (1) multiple office visits that never took

place; (2) chiropractic services – like chiropractic manipulation, therapeutic exercise, and manual therapy sessions – that were never performed; and/or (3) medical diagnoses – like spondylosis, a degenerative change in the spine or neck often caused by normal wear-and-tear – when no physical examination had been performed.

        d.    In submitting the false claims for reimbursement, defendant POON would provide the names, date of births, and home addresses of employee-dependents without permission or authority to do so.

        e.    Defendant POON would provide a DME provider with prescriptions containing false medical diagnoses of UPS employee-dependents that defendant POON had never met.  Relying on defendant POON's false representations, the DME provider would submit claims for reimbursement to BSC for having provided DMEs to those UPS employee-dependents.

        f.    Defendant POON, in an effort to hide her scheme, submitted the following documents to an Anthem investigator: (1) a Patient Agreement/Assignment of Benefits form containing the name, date of birth, and forged signature of a UPS employee-dependent; (2) Daily Treatment/Progress Notes containing statements falsely attributed to UPS employees; and (3) Consultation History forms containing statements falsely attributed to UPS employees.

    9.    From this scheme, defendant POON submitted, or caused to be submitted, approximately $2 million in false claims for reimbursement to Anthem, Aetna, and BSC.

D.    EXECUTIONS OF THE FRAUDULENT SCHEME

    10.    On or about the dates set forth below, in Orange County, within the Central District of California, and elsewhere, defendant

POON knowingly and willfully executed, attempted to execute, and caused to be executed, the fraudulent scheme described above by (1) submitting the following false and fraudulent prescriptions to a DME provider that, in reliance on those false and fraudulent prescriptions, filed reimbursement claims to BSC and (2) submitting and causing to be submitted the following false and fraudulent claims to Anthem for purported chiropractic treatment and/or medical diagnoses:

| COUNT | SUBMISSION DATE | ITEM | HEALTH CARE BENEFIT PROGRAM | SERVICE DATE | AMOUNT BILLED |
|-------|-----------------|------|------------------------------|--------------|---------------|
| ONE | 3/10/16 | Prescription for E.A. | BSC | 3/10/16 | $1,458.30 |
| TWO | 3/17/16 | Prescription for C.M. | BSC | 3/17/16 | $1,141.94 |
| THREE | 6/13/16 | Claim for R.F. | Anthem | 2/6/16 | $57.61 |
| FOUR | 6/14/16 | Claim for K.F. | Anthem | 2/20/16 | $57.61 |
| FIVE | 6/20/16 | Claim for S.M. | Anthem | 3/12/16 | $57.61 |

COUNT SIX

[18 U.S.C. § 1035(a)(2)]

On or about April 11, 2016, in Orange County, within the Central District of California, and elsewhere, in a matter involving a health care benefit program, specifically Anthem, defendant SUSAN H. POON knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in connection with the delivery of and payment for a health care benefit, item, and service. Specifically, on or about April 11, 2016, defendant POON electronically submitted a claim for reimbursement to Anthem for having purportedly provided chiropractic manipulation services to B.V., when in fact, as defendant POON then knew, defendant POON had not provided chiropractic manipulation services to B.V.

COUNT SEVEN

[18 U.S.C. § 1035(a)(2)]

On or about November 11, 2016, in Orange County, within the Central District of California, and elsewhere, in a matter involving health care benefit programs, specifically BSC and Anthem, defendant SUSAN H. POON used a materially false writing and document, knowing the false writing and document to contain a materially false, fictitious, and fraudulent statement and entry, in connection with the delivery of and payment for a health care benefit, item, and service.  Specifically, on or about November 11, 2016, in response to a request from Anthem that defendant POON provide medical records for C.M. and other patients, defendant POON sent, via United States Postal Service Priority Mail Express, a Patient Agreement/Assignment of Benefits form purportedly signed and completed by C.M., when in fact, as defendant POON then knew, C.M. had not signed or completed that form.

COUNT EIGHT

[18 U.S.C. § 1035(a)(2)]

On or about January 9, 2018, in Orange County, within the Central District of California, and elsewhere, in a matter involving a health care benefit program, specifically Aetna, defendant SUSAN H. POON knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in connection with the delivery of and payment for a health care benefit, item, and service. Specifically, on or about January 9, 2018, defendant POON electronically submitted a claim for reimbursement to Aetna for having purportedly provided chiropractic manipulation services to H.L., when in fact, as defendant POON then knew, defendant POON had not provided chiropractic manipulation services to H.L.

COUNT NINE

[18 U.S.C. § 1028A(a)(1)]

Or about November 11, 2016, in Orange County, within the Central District of California, and elsewhere, defendant SUSAN H. POON knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant POON knew belonged to another person, namely, the name, date of birth, and home address of victim C.M., during and in relation to the offense of False Statements Relating to Health Care Matters, a felony violation of Title 18, United States Code, Section 1035(a)(2), as charged in Count Seven of this Indictment.

A TRUE BILL

_____
Foreperson    /S/

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

DANIEL S. LIM
Assistant United States Attorney
Santa Ana Branch Office